Friday, May 26, 2023

CLERK OF COURT
United States District Court
Fred Thompson U.S. Courthouse
719 Church Street
Nashville, Tennessee 37203

Dear Clerk,

    Enclosed you will find a pro se petition for habeas corpus relief by a person in state custody (§ 2254), to be filed in Federal Middle District Court.

    You will also find an extra face sheet of said petition, along with a self-addressed stamped envelope. Please take the time to stamp "filed" on the extra face sheet and return same to me in the self-addressed stamped envelope.

Sincerely,

*[signature]*
Donald Vaughn, *pro se*
T.D.O.C. No. #399556
R.M.S.I. - 6A-106
7475 Cockrill Bend Industrial Road
Nashville, Tennessee 37209

xc: file
, pro se

# RECEIPT FOR OFFICIAL MAILING IN
## IN COMPLIANCE WITH TENNESSEE RULES OF CIVIL PROCEDURE 5.06
## &
## HOUSTON v. LACK, 108 S.CT. 2379 (1988)

I hereby state that Inmate __Donald Vaughn__, # __399556__ personally gave me legal document(s) on this __26__ day of __MAY__, 20__23__.

To be placed in the U.S. Mail. The document(s) are addressed to:

- Application for writ of habeas corpus
- Exhibits A through L.
- Self-addressed stamped envelope
- The instant Houston v. Lack document.

Clerk of Court
U.S. District Court
Middle District of Tennessee
Fred Thompson, US Courthouse
719 Church Street
Nashville, Tennessee
37203

I acknowledge by my signature below that I received the legal document(s) from the above named Inmate; I will place these in the U.S. Mail on this same day.

5/26/2023

__Noble__
NAME: (PLEASE PRINT)

__S. Noble__
NAME: (SIGNATURE)

__C/O__
TDOC/RMSI JOB TITLE

**RECEIVED**
JUN 07 2023
U.S. District Court
Middle District of TN



Donald J. Vaughn, #399556
R.M.S.I., 6A-106
7475 Cockrill Bend Blvd.
Nashville, Tennessee 37209

RECEIVED
JUN 02 23
RMSI MAILROOM
OUTGOING LEGAL

CLERK OF COURT
United States District Court
Fred Thompson U.S. Courthouse
719 Church Street
Nashville, Tennessee 37203